# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RODNEY JETT,**

    Plaintiff,

  v.                                                             Case No. 19-CV-1365

**JOHN AND JANE DOES,**

    Defendants.

## ORDER

Plaintiff Rodney Jett filed a complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. On November 6, 2019, the court allowed Jett to proceed on claims against John and Jane Doe defendants. Specifically, the court allowed him to proceed against "the officers who used the chemical agent, who failed to turn off the air handling system, [and] who responded to his call for help after he pressed his emergency call button." (ECF No. 9 at 6.)

On January 9, 2020, Jett filed a motion identifying the Doe defendants as Alejandra Mejia, Colin Fruehbrodt, and Robert Mettner. About a week later, he supplemented his motion to clarify that Mejia allegedly failed to turn off the handling system, Fruehbrodt allegedly used the chemical agent, and Mettner allegedly failed to respond to Jett's calls for help.

**IT IS THEREFORE ORDERED** that Jett's motion to substitute the Doe defendants (ECF No. 16) is **GRANTED**. The clerk's office will replace the John and Jane Does placeholders with Alejandra Mejia, Colin Fruehbrodt, and Robert Mettner.

Under an informal service agreement between the Wisconsin Department of Justice and this court, a copy of the complaint and this order have been electronically transmitted to the Wisconsin Department of Justice for service on defendants Alejandra Mejia, Colin Fruehbrodt, and Robert Mettner. It is **ORDERED** that, under the informal service agreement, those defendants shall file a responsive pleading to the complaint within 60 days.

**IT IS FURTHER ORDERED** that the parties may not begin discovery until after the court enters a scheduling order setting deadlines for discovery and dispositive motions.

Dated in Milwaukee, Wisconsin, this 22nd day of January, 2020.

WILLIAM E. DUFFIN
U.S. Magistrate Judge